DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FIRST QUALITY LABORATORY, INC.,**
Appellant,

v.

**SPG TRUST CORP.,** as Trustee of **THE SPG MIRAMAR PARK II TRUST, ET AL.,**
Appellees.

No. 4D22-728

[March 9, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven DeLuca, Judge; L.T. Case No. CONO21-025790.

Michael Garcia of Michael Garcia, PA, Fort Lauderdale, for appellant.

Jonathan Mann and Robin Bresky of Schwartz Sladkus Reich Greenberg Atlast LLP, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***